UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DANIEL WILLIAMSON, | : |
| MELODY WILLIAMSON, | : |
| HANNAH WILLIAMSON, | : |
| GORDON WILLIAMSON, | :   NO. 3:13-CV-578(VLB) |
| BARBARA WILLIAMSON, | : |
| DANE WILLIAMSON | : |
| | : |
| V. | : |
| | : |
| CONNECTICUT PSYCHIATRIC SECURITY | : |
| REVIEW BOARD | : |

## JUDGMENT

This action having come before the Court on a motion to dismiss filed by the defendant and plaintiffs' leave to amend their complaint before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued an order and memorandum of decision granting the defendant's motion and denying the plaintiffs leave to amend the complaint; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered against the plaintiffs.

Dated at Hartford, Connecticut, this 14th day of August, 2014.

ROBIN D. TABORA, Clerk

By  /s/LL
Loraine LaLone
Deputy Clerk

EOD: 8/14/14